

Judicial Links    |    eFiling    |    Help    |    Contact Us    |    Print                    GrantedPublicAccess  Logoff NSLOVIKOSKI

Search for Cases by: Select Search Method...

2316-CV00225 - JONATHAN KINDLER ET AL V WEBMD LLC (E-CASE)

FV   File Viewer

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**   Click here to Respond to Selected Documents    Sort Date Entries: ⦿ Descending  ○ Ascending        Display Options: All Entries ⌄

| | | |
|---|---|---|
| 02/09/2023 | ☐ | **Hearing Continued/Rescheduled** |
| | | Hearing Continued From: 04/13/2023;  9:00 AM Case Management Conference |
| 01/20/2023 | ☐ | **Entry of Appearance Filed** |
| | | Entry; Electronic Filing Certificate of Service. |
| | | **Filed By:** CLAYTON A JONES |
| | | **On Behalf Of:** JONATHAN KINDLER, TAMERA SWEETON |
| 01/10/2023 | ☐ | **Entry of Appearance Filed** |
| | | Entry of Appearance of Bryan T. White; Electronic Filing Certificate of Service. |
| | | **Filed By:** BRYAN TURNER WHITE |
| | | **On Behalf Of:** JONATHAN KINDLER, TAMERA SWEETON |
| 01/05/2023 | ☐ | **Summons Issued-Circuit** |
| | | Document ID: 23-ASOS-28, for WEBMD LLC. |
| | ☐ | **Order - Special Process Server** |
| | ☐ | **Case Mgmt Conf Scheduled** |
| | | **Associated Entries:** 02/09/2023 - Hearing Continued/Rescheduled |
| | | Scheduled For: 04/13/2023;  9:00 AM ;  PATRICK WILLIAM CAMPBELL;  Jackson - Kansas City |
| 12/21/2022 | ☐ | **Judge Assigned** |
| | ☐ | **Filing Info Sheet eFiling** |
| | | **Filed By:** DAVID L. MARCUS |
| | ☐ | **Motion Special Process Server** |
| | | Motion for Private Process Server. |
| | | **Filed By:** DAVID L. MARCUS |
| | | **On Behalf Of:** JONATHAN KINDLER, TAMERA SWEETON |
| | ☐ | **Pet Filed in Circuit Ct** |
| | | Class Action Petition. |
| | | **Filed By:** DAVID L. MARCUS |

Case 4:23-cv-00094-BCW    Document 1-1    Filed 02/09/23    Page 1 of 33    Exhibit A

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

| | |
|---|---|
| **JONATHAN KINDLER and TAMERA SWEETON**, on behalf of themselves and other members of the putative class, | |
| **Plaintiffs,** | **Case No.** |
| **v.** | |
| **WEBMD, LLC**<br>**Registered Agent:**<br>**Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | |
| **Defendant.** | |

## CLASS ACTION PETITION

For their Class Action Petition against WebMD, LLC ("Defendant"), Plaintiffs

Jonathan Kindler and Tamera Sweeton ("Plaintiffs"), on behalf of themselves and all others

similarly situated, states and alleges as follows:

### INTRODUCTION

1.     This is a lawsuit for invasion of privacy and right of publicity based on the

misappropriation of class members' names and likenesses.

### THE PARTIES

2.     Plaintiff Jonathan Kindler is a natural person residing in Jackson County,

Missouri and a licensed counselor.  During the applicable class period as defined below,

Plaintiff Kindler's name and likeness was misappropriated by Defendant for the purpose of

causing persons searching for a medical provider to visit the doctor.webmd.com website.

3.     Plaintiff Tamera Sweeton is a natural person residing in Johnson County,

Kansas and a licensed counselor.  During the applicable class period as defined below,

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

Plaintiff Sweeton's name and likeness was misappropriated by Defendant for the purpose of causing persons searching for a medical provider to visit the doctor.webmd.com website.

4.     Defendant WebMD, LLC ("WebMD") is a corporation in good standing organized under the laws of the State of Delaware with a principal place of business at 395 Hudson Street, 3rd Floor, New York, NY 10014. It can be served through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

5.     This Court has personal jurisdiction over Defendant pursuant to R.S.Mo. § 506.500 because Defendants transact business in this State.

6.     Venue is proper in this Court pursuant to R.S.Mo. § 508.010 because were first injured in Jackson County, Missouri.

## FACTUAL ALLEGATIONS

7.     WebMD owns and operates a website known as doctor.webmd.com.

8.     Defendant touts itself as "[a] trusted directory resource for patients, encompassing all practicing physicians in the US."

9.     Defendant compiles this directory with free data that it obtains from public sources and then use to solicit lucrative advertising deals.

10.     On information and belief, Defendant obtains information from public sources such as the NPI Registry.

11.     The NPI Registry is an online query system that allows users to search for a health care provider's information.

12.     An NPI is a unique identification number for covered health care providers, created to help send health information electronically more quickly and effectively. Covered

health care providers, all health plans, and health care clearinghouses must use NPIs in their

administrative and financial transactions

13.    The U.S. Centers for Medicare and Medicaid Services ("CMS") developed

the National Plan and Provider Enumeration System ("NPPES") to assign NPIs.

14.    CMS discloses NPPES health care provider data under the Freedom of

Information Act ("FOIA").

15.    There is no way to suppress the NPPES record of a healthcare provider with

an active NPI.

16.    Defendant claims it is "the #1 online sources for finding doctors with 14M+

monthly visits."

17.    Defendant's business model involves publishing provider information its

website to drive traffic to the website for Defendant's business and/or financial gain.

Defendant invites providers to claim their profiles, which are free to the provider.  In

addition to free, profiles, however, Defendant also invites providers to "grow your practice

on the #1 health network with WebMD + Vitals.com Enhanced Profiles."

18.    Defendant claims paying for an Enhanced Profile will "put [the provider] in

one of the top 3 positions for your specialty in your local area."

19.    Defendant claims that by paying for an Enhanced Profile, "[n]o competitors

or advertisements will ever be placed on your Enhanced Profile[]." But equally important,

Defendant tells providers "you will get additional exposure from having your profile show

up on competitor pages."

20.    Defendant also markets their website to companies in the health and

wellness space.  Defendant promises these companies they can "[r]each qualified patients in

market for care, viewing physicians' profiles that are the most relevant to your brand."

21.     Defendant tells these companies they will have a "competitive blunting opportunity" by "target[ing] your messaging to specialists who are high prescribers of competitive treatments."

22.     Defendant enjoys a commercial gain by selling Enhanced Profiles and advertising on their websites.  Defendant sells Enhanced Profiles and advertising by using Plaintiffs' and other providers' names and likenesses without their consent and without providing them any compensation.

23.     Visitors to Defendant's website who search for providers are shown Enhanced Profiles and advertisements along with the profile of whomever they are searching for.

24.     On information and belief, people who search for a provider on Google or a comparable search engine are shown links to providers' profiles on Defendant's website. Clicking on a link will cause the provider's profile to be displayed, but along with that profile, Enhanced Profiles and advertisements also will be displayed.

25.     Through the foregoing practices, Defendant is using providers' names and likenesses, without their permission, for commercial gain.

26.     Defendant does not obtain providers' permission to use their names and likenesses to drive traffic to Enhanced Profiles and advertisements, nor does Defendant compensate providers for such use.

## Class Action Allegations

27.     Plaintiffs bring this action pursuant to Rule 52.08(b)(2) & (3) of the Missouri Rules of Civil Procedure.  In the event this case is removed to federal court, the following allegations also are meant to satisfy Fed.R.Civ.P. 23(b)(2) & (3).

4

28.     Plaintiffs bring this action on behalf of themselves and all natural persons who, during the time period December 21, 2017 to the present, had an active NPI and appeared as a profile on the doctor.webmd.com website.  Excluded from the class are all judicial officers presiding over this or any related case.  The class definition also excludes all shareholders, officers and employees of Defendant.  Plaintiffs reserve the right to modify this class definition as discovery or other case circumstances warrant.

29.     The members of the class are so numerous that individual joinder of all class members is impracticable.  Defendant strives to make doctor.webmd.com a comprehensive directory of all healthcare providers with an active NPI.  The class is expected to number in the tens of thousands.

30.      There are questions of law and/or fact common to the Plaintiffs and the class, including but not limited to:

>     a.     Whether Defendant obtains an advantage by using the names and likenesses of class members as described herein;

>     b.     Whether Defendant uses the names and likenesses of the class members to advertise Defendant's business and/or for other commercial gain;

>     c.     Whether class members expressly or implicitly gave Defendant their consent to use their names and likenesses as described herein; and

>     d.     The pecuniary gain Defendant enjoyed from using class members' names and likenesses as described herein.

31.     Plaintiffs' claims are typical of the claims of the class in that each of the Plaintiffs, like all class members, had an active NPI and appeared as standard profiles on the doctor.webmd.com website.

32.     Plaintiffs are members of the class they seek to represent and are adequate class representatives in that, as members of the class, their interests are aligned with those of the class.  There are no individual conflicts that would prevent Plaintiffs from adequately representing the class.

33.     Plaintiffs have retained competent counsel experienced in class action litigation.

34.     Class certification is proper because common questions of fact and law predominate over questions that may affect only individual members of the class.

35.     A class action presents a superior form of adjudication over individual litigation.

36.     The costs of litigating this action against Defendant, in comparison to the recovery or relief sought, would make individual litigation impracticable.  In addition, forcing individual litigation would risk the result of inconsistent rulings.

37.     This class action is manageable.  The proposed class represents an identifiable community that can be readily identified, and the relief sought is one that can be overseen by this Court.

**Causes of Action**

**Count I**

**Invasion of Privacy – Appropriation of Name and Likeness**

38.     Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

39.     During the class period, each of the Plaintiffs had an active NPI and Defendant published Plaintiffs' personal and professional information as a standard profile on the doctor.webmd.com website.

6

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

40.     During the class period, Defendant acted to ensure that each Plaintiff's profile appeared when that Plaintiff's name was searched on Google and similar search engines.

41.     During the class period, clicking on Plaintiffs' profiles when they appeared in searches caused Enhanced Profiles and advertisements to appear, each of which were part of Defendant's business model and resulted in business and/or commercial gain.

42.     During the class period, on information and belief, clicking on an Enhanced Listing resulted in Defendant earning a commission or otherwise resulted in Defendant realizing commercial gain.

43.     Defendant knowingly and intentionally utilized Plaintiffs' names and likenesses without their consent to obtain an advantage, to advertise Defendant's business and/or for other commercial gain.  In particular, as described herein, Defendant's used Plaintiffs' names and likenesses to drive traffic to Enhanced Profiles and advertisements and thereby earned increased commissions or otherwise realized commercial gain.  Defendant also caused or convinced other providers to sponsor their profiles, i.e., to become Enhanced Profiles, to take advantage of Defendant's advertising strategy.  On information and belief, providers were coerced into consenting to become Enhanced Profiles because Defendant had previously been using their name and likeness as a standard listing.

44.     Defendant engaged in the conduct described herein with respect to all other members of the putative class.  Defendant utilized class members names and likenesses without their consent to obtain an advantage, and to drive traffic to sponsored listings and thereby earn increased commissions or other commercial gain.

45.     As a direct and proximate result of the foregoing, Plaintiffs and the class suffered damages in an amount to be determined at trial.

7

46.     Defendant's conduct as described herein was reckless and wanton and without regard for Plaintiffs' rights and the rights of other class members.

## Count II

### Right of Publicity

47.     Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

48.     Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

49.     During the class period, each of the Plaintiffs had an active NPI and Defendant published Plaintiffs' personal and professional information as a standard profile on the doctor.webmd.com website.

50.     During the class period, Defendant acted to ensure that each Plaintiff's profile appeared when that Plaintiff's name was searched on Google and similar search engines.

51.     During the class period, clicking on Plaintiffs' profiles when they appeared in searches caused Enhanced Profiles and advertisements to appear and/or resulted in other business and/or other commercial gain to Defendant..

52.     During the class period, on information and belief, clicking on an Enhanced Listing resulted in Defendant earning a commission or otherwise resulted in Defendant realizing commercial gain.

53.     Defendant knowingly and intentionally utilized Plaintiffs' names and likenesses without their consent to obtain an advantage, to advertise Defendant's business and/or for other commercial gain.  In particular, as described herein, Defendant's used Plaintiffs' names and likenesses to drive traffic to Enhanced Profiles and advertisements and thereby earned increased commissions or otherwise realized commercial gain.  Defendant also caused or convinced other providers to sponsor their profiles, i.e., to become Enhanced

Profiles, to take advantage of Defendant's advertising strategy. On information and belief, providers were coerced into consenting to become Enhanced Profiles because Defendant had previously been using their name and likeness as a standard listing.

54.     Defendant engaged in the conduct described herein with respect to all other members of the putative class. Defendant utilized class members names and likenesses without their consent to obtain an advantage, and to drive traffic to sponsored listings and thereby earn increased commissions or other commercial gain.

55.     As a direct and proximate result of the foregoing, Plaintiffs and the class suffered damages in an amount to be determined at trial.

56.     Defendant's conduct as described herein was reckless and wanton and without regard for Plaintiffs' rights and the rights of other class members.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of the other members of the class, respectfully request that the Court enter judgment in their favor and against Defendant as follows:

A.     Certifying the class and subclass as requested herein, designating Plaintiffs as the class representatives and appointing the undersigned counsel as class counsel;

B.     Declaring that Defendant is financially responsible for notifying class members of the pendency of this suit;

C.     Ordering payment of damages as permitted by law, including actual, compensatory, and punitive damages, to the full extent permitted by law;

D.     Ordering Defendant to pay attorneys' fees and litigation costs to Plaintiffs and the other members of the class;

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

E.      Ordering Defendant to pay both pre- and post-judgment interest on any

amounts awarded; and

F.      Ordering such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs and the class hereby demand trial by jury on all issues so triable.

Respectfully Submitted,

BARTLE & MARCUS LLC

By  /s/ David L. Marcus
        David L. Marcus, MO Bar #47846
        BARTLE & MARCUS LLC
        4700 Belleview Ave., Suite 200
        Kansas City, MO 64112
        Telephone: 816.256.4699
        Fax: 816.222.0534
        Dmarcus@bmlawkc.com


        WHITE, GRAHAM, BUCKLEY
        & CARR, L.L.C
        Bryan T. White MO Bar #58805
        19049 East Valley View Parkway
        Independence, Missouri 64055
        Telephone: 816.373.9080
        Fax: 816.373.9319
        Bwhite@wagblaw.com

        CLAYTON JONES, ATTORNEY AT
        LAW
        Clayton Jones, MO Bar #51802
        405 Foxwood Drive
        Raymore, MO 64083
        Telephone: 816.318.4266
        Fax: 816.318.4267
        clayton@claytonjoneslaw.com


        **ATTORNEYS FOR PLAINTIFFS**

10

**2316-CV00225**

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | |
|---|---|
| **JONATHAN KINDLER and TAMERA SWEETON**, on behalf of themselves and other members of the putative class, | |
| **Plaintiffs,** | Case No. |
| **v.** | |
| **WEBMD, LLC**<br>**Registered Agent:**<br>**Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | |
| **Defendant.** | |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| Will Acree | PPS22-0369 | Joseph Baska | PPS22-0375 |
| Jan E. Adams | PPS22-0111 | Martez A. Bean | PPS22-0476 |
| Roger Adams | PPS22-0112 | Richard Benito | PPS22-0115 |
| Kyle Adcock | PPS22-0370 | Keith Blanchard | PPS22-0376 |
| Paul Aizel | PPS22-0371 | Dianna J. Blea | PPS22-0116 |
| Bobby Ali | PPS22-0372 | Richard J. Blea | PPS22-0117 |
| Sandra M. Allen | PPS22-0113 | Sheila P. Brooks | PPS22-0119 |
| Stacy M. Anderson | PPS22-0373 | Kathy Broom | PPS22-0120 |
| John Arnold | PPS22-0374 | Douglas Brower | PPS22-0477 |
| Tonya Arruda | PPS22-0474 | Jesse Bruce, Jr. | PPS22-0377 |
| Teresa Bailly | PPS22-0114 | James Burke | PPS22-0378 |

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

| | | | |
|---|---|---|---|
| Alese Burris | PPS22-0478 | Theodore Cordasco | PPS22-0388 |
| Gary Burt | PPS22-0012 | George Covert, II | PPS22-0389 |
| Stephen C. Buskirk | PPS22-0121 | Christine Crawford | PPS22-0390 |
| Peggy Butcher | PPS22-0379 | Janet Darragh | PPS22-0391 |
| Steve Butcher | PPS22-0380 | Bryce Dearborn | PPS22-0392 |
| Naoshia Butler | PPS22-0479 | Robert Delacy, III | PPS22-0393 |
| Danny M. Callahan | PPS22-0123 | Robert Delacy, Jr. | PPS22-0394 |
| Thomas D. Campbell | PPS22-0381 | Dominic DellaPorte | PPS22-0134 |
| Anna Canole | PPS22-0382 | Richard Dixson | PPS22-0395 |
| Esquiel Cantu | PPS22-0125 | Claudia Dohn | PPS22-0482 |
| William J. Caputo | PPS22-0126 | Angela Donahue | PPS22-0396 |
| Andre Carnes, Jr. | PPS22-0265 | Dale Dorning | PPS22-0135 |
| Samantha Carpenter | PPS22-0383 | Cathrene Drake | PPS22-0483 |
| Charles Casey | PPS22-0127 | John Dressler | PPS22-0397 |
| George L. Castillo | PPS22-0128 | Rebecca Dressler | PPS22-0398 |
| Carolyn S. Champlin | PPS22-0013 | Alexander C. Duaine | PPS22-0136 |
| Crystal Chapman | PPS22-0129 | Thomas Elmore | PPS22-0399 |
| Kathleen Clor | PPS22-0384 | Abel Emiru | PPS22-0137 |
| Pamela Coats | PPS22-0385 | Donald Eskra, Jr. | PPS22-0400 |
| Randy G. Cobb | PPS22-0130 | Sadie Estes | PPS22-0138 |
| Chad Compton | PPS22-0132 | Cindy Ethridge | PPS22-0401 |
| Kenneth Condrey | PPS22-0386 | Larry Evans | PPS22-0402 |
| Sharon Condrey | PPS22-0387 | Robert Fairbanks | PPS22-0403 |

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

| | | | |
|---|---|---|---|
| William F. Ferrell | PPS22-0022 | Stefanie Hahn | PPS22-0415 |
| Robert Finley | PPS22-0023 | Darnell E. Hamilton | PPS22-0029 |
| Kim Fletcher | PPS22-0404 | James Hannah | PPS22-0030 |
| Ryan Fortune | PPS22-0405 | Tim Harris | PPS22-0486 |
| John K. Frago | PPS22-0026 | Christy Hartline | PPS22-0149 |
| Rhonda Frerichs | PPS22-0406 | James Harvey | PPS22-0150 |
| Kelsey Garrett | PPS22-0407 | Grace Hazell | PPS22-0151 |
| Joseph S. Gates | PPS22-0141 | Stephen Heitz | PPS22-0035 |
| Natalie Gay | PPS22-0408 | Austen Hendrickson | PPS22-0487 |
| Patti Gay | PPS22-0409 | Jonathan Hennings | PPS22-0416 |
| Richard Gerber | PPS22-0410 | Jessie J. Hernandez | PPS22-0153 |
| Louis Gerrick | PPS22-0142 | Justin J. Herndandez | PPS22-0154 |
| Monica Gillespie | PPS22-0484 | Michael Hibler | PPS22-0155 |
| Adam Golden | PPS22-0411 | Shelby Hibler | PPS22-0156 |
| Brad Gordon | PPS22-0144 | Trinity Hibler | PPS22-0157 |
| Tom Gorgone | PPS22-0145 | James Hise | PPS22-0294 |
| Kimberly Greenway | PPS22-0146 | Bobbi Hohnholt | PPS22-0417 |
| Lynne Grimes | PPS22-0147 | Martin Hueckel | PPS22-0159 |
| Paul Grimes | PPS22-0485 | Michael Huffman | PPS22-0039 |
| Charles R. Gunning | PPS22-0028 | Pamela Huffman | PPS22-0040 |
| Leon Gustus | PPS22-0412 | Anthony Iavarone | PPS22-0160 |
| David Hahn | PPS22-0413 | George Illidge | PPS22-0161 |
| Eric Hahn | PPS22-0414 | Glenn Jackson | PPS22-0163 |

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

| | | | |
|---|---|---|---|
| Frank H. James | PPS22-0418 | Robert Maliuuk | PPS22-0428 |
| Matthew Jankowski | PPS22-0419 | Winnonna Maliuuk | PPS22-0429 |
| Betty A. Johnson | PPS22-0164 | Richard Markowitz | PPS22-0430 |
| Justin L. Johnson | PPS22-0165 | Michael Marra | PPS22-0179 |
| Kenneth Kearney | PPS22-0168 | Deborah J. Martin | PPS22-0175 |
| Michael Keating | PPS22-0420 | Michael Martin | PPS22-0176 |
| Christopher Keilbart | PPS22-0421 | Thomas Matthews | PPS22-0180 |
| Brent Kirkhart | PPS22-0046 | Michael McCann | PPS22-0431 |
| Janice Kirkhart | PPS22-0047 | Michael J. McMahon | PPS22-0183 |
| Tyler Kirkhart | PPS22-0048 | Michael Meador | PPS22-0060 |
| Gerald Kirschner | PPS22-0422 | James R. Meadows | PPS22-0186 |
| Michele L. Kriner | PPS22-0169 | Nancy Measheaw | PPS22-0432 |
| Wyman T. Kroft | PPS22-0423 | Jerry Melber | PPS22-0187 |
| Andrea Lambros | PPS22-0424 | Eric Mendenhall | PPS22-0434 |
| Cecile R. Landrum | PPS22-0170 | Jenna Mendoza | PPS22-0188 |
| James R. LaRiviere | PPS22-0171 | Matthew Millhollin | PPS22-0062 |
| Anthony Lazzara | PPS22-0425 | Amanda L. Mincheff | PPS22-0189 |
| John Lichtenegger | PPS22-0489 | Vivian G. Mitchell | PPS22-0190 |
| Bryan Liebhart | PPS22-0172 | Carla Monegain | PPS22-0434 |
| Charles Lindsay, Jr. | PPS22-0173 | Christopher Moore | PPS22-0435 |
| Bert Lott | PPS22-0174 | Michael Morrison | PPS22-0436 |
| Dawn Luce | PPS22-0426 | Zachary Mueller | PPS22-0437 |
| Ellen MacFarland | PPS22-0427 | Linda M. Murphy | PPS22-0191 |

| | | | | |
|---|---|---|---|---|
| Kelly A. Murski | PPS22-0192 | | Nancy Porter | PPS22-0442 |
| Paul Nadarzzi | PPS22-0193 | | Benjamin Purser | PPS22-0498 |
| Jeremy L. Nicholas | PPS22-0194 | | Richard Ramirez | PPS22-0443 |
| Jeffrey L. Nichols | PPS22-0195 | | Charles Reardon | PPS22-0444 |
| Michael Noble | PPS22-0196 | | Christopher Reed | PPS22-0210 |
| Michael Nolan | PPS22-0491 | | Edward Reed | PPS22-0445 |
| Colter Norris | PPS22-0197 | | Gavin Rees | PPS22-0446 |
| Dennis Norris | PPS22-0198 | | Craig Reynolds | PPS22-0447 |
| Kody Norris | PPS22-0199 | | Betty G. Rice | PPS22-0448 |
| Daryl Oesterich | PPS22-0438 | | Karen L. Rice | PPS22-0449 |
| Elizabeth Ostman | PPS22-0439 | | Terri Richards | PPS22-0212 |
| Tory J. Owens | PPS22-0071 | | Cheryl Richey | PPS22-0213 |
| Craig Palmer | PPS22-0440 | | Richard C. Ross | PPS22-0215 |
| Cynthia Paris | PPS22-0441 | | David M. Roberts | PPS22-0086 |
| Orlando Parra-Alvarez | PPS22-0201 | | Patricia J. Roberts | PPS22-0087 |
| Cody Patton | PPS22-0202 | | Edna L. Russell | PPS22-0093 |
| James Perna | PPS22-0494 | | Mark A. Russell, Jr. | PPS22-0218 |
| George Perry | PPS22-0495 | | Ligno Sanchez | PPS22-0450 |
| Vincent A. Piazza | PPS22-0204 | | Brenda M. Schiwitz | PPS22-0094 |
| Brian Pierce | PPS22-0496 | | Edward Schuch | PPS22-0451 |
| Timothy Pinney | PPS22-0205 | | Nathaniel Scott | PPS22-0219 |
| Kenny Polizzi | PPS22-0497 | | Richard Shaver | PPS22-0221 |
| Evelyn L. Porter | PPS22-0206 | | Joe B. Shepard | PPS22-0222 |

| | |
|---|---|
| Katie Shiflett | PPS22-0452 |
| Kenneth Short | PPS22-0453 |
| Jeannie M. Simon | PPS22-0223 |
| Kenyardia Sims | PPS22-0500 |
| Raymond Sinclair | PPS22-0454 |
| Thomas H. Skinner | PPS22-0224 |
| Brian Smith | PPS22-0225 |
| Bryan Smith | PPS22-0501 |
| Gean Smith | PPS22-0226 |
| John K. Smith | PPS22-0502 |
| Anthony Spada | PPS22-0228 |
| Melissa Spencer | PPS22-0503 |
| Barbara Steil | PPS22-0455 |
| Randy Stone | PPS22-0229 |
| Sonja R. Stone | PPS22-0230 |
| Steven Stosur | PPS22-0456 |
| Brittney Strozier | PPS22-0231 |
| Kenneth Sullenberger | PPS22-0504 |
| Cody Swartz | PPS22-0457 |
| Ramona Talvacchio | PPS22-0458 |
| Jeffrey Teitel | PPS22-0233 |
| Devon M. Thomas | PPS22-0459 |
| Jeffrey Thomas | PPS22-0460 |

| | |
|---|---|
| LaVonda Martinez-Thompson | PPS22-0461 |
| Michelle Tomlin | PPS22-0462 |
| Sean Updegrave | PPS22-0463 |
| Harold Vantassel | PPS22-0512 |
| Margarita Vasquez | PPS22-0235 |
| Robert E. Vick, II | PPS22-0238 |
| Bradley Votaw | PPS22-0239 |
| Beth Wachowski | PPS22-0464 |
| Joseph Wachowski | PPS22-0465 |
| Ambiko Wallace | PPS22-0240 |
| Vance M. Warren, Sr. | PPS22-0241 |
| Stephan R. Waters | PPS22-0242 |
| Barbara West | PPS22-0466 |
| Jane Weston | PPS22-0467 |
| Roger White | PPS22-0468 |
| Sheri Williams | PPS22-0469 |
| Gregory Willing | PPS22-0105 |
| Conni Wilson | PPS22-0107 |
| Deborah A. Wilson | PPS22-0470 |
| Mitch Wirth | PPS22-0245 |
| Robert Yates | PPS22-0513 |
| Michele A. Zera | PPS22-0471 |

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

BARTLE & MARCUS LLC

By /s/ David L. Marcus
David L. Marcus, MO Bar #47846
BARTLE & MARCUS LLC
4700 Belleview Ave., Suite 200
Kansas City, MO 64112
Telephone: 816.256.4699
Fax: 816.222.0534
Dmarcus@bmlawkc.com

WHITE, GRAHAM, BUCKLEY
& CARR, L.L.C
Bryan T. White MO Bar #58805
19049 East Valley View Parkway
Independence, Missouri 64055
Telephone: 816.373.9080
Fax: 816.373.9319
Bwhite@wagblaw.com

CLAYTON JONES, ATTORNEY AT
LAW
Clayton Jones, MO Bar #51802
405 Foxwood Drive
Raymore, MO 64083
Telephone: 816.318.4266
Fax: 816.318.4267
clayton@claytonjoneslaw.com

**ATTORNEYS FOR PLAINTIFFS**

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____        _____
                                                                          Judge or Circuit Clerk

7

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

JONATHAN KINDLER,

               **PLAINTIFF(S),**          **CASE NO.  2316-CV00225**

**VS.**                                 **DIVISION 10**

 **WEBMD LLC,**

               **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION
_____

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **PATRICK WILLIAM CAMPBELL on 13-APR-2023** in **DIVISION 10** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2.  The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS.  Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

    a.      A trial setting;

    b.      Expert Witness Disclosure Cutoff Date;

    c.      A schedule for the orderly preparation of the case for trial;

    d.      Any issues which require input or action by the Court;

    e.      The status of settlement negotiations.

Case 4:23-cv-00094-BCW    Document 1-1    Filed 02/09/23    Page 19 of 33

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **PATRICK WILLIAM CAMPBELL**
PATRICK WILLIAM CAMPBELL**, Circuit Judge**

### Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
DAVID L. MARCUS, BARTLE & MARCUS LLC, 4700 BELLEVIEW AVE. STE. 200, KANSAS CITY, MO 64112

Defendant(s):
 WEBMD LLC

Dated: 05-JAN-2023

MARY A. MARQUEZ
Court Administrator

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

| | |
|---|---|
| **JONATHAN KINDLER and TAMERA SWEETON**, on behalf of themselves and other members of the putative class, | |
| **Plaintiffs,** | **Case No.** |
| **v.** | |
| **WEBMD, LLC**<br>**Registered Agent:**<br>**Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | |
| **Defendant.** | |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| Will Acree | PPS22-0369 | Joseph Baska | PPS22-0375 |
| Jan E. Adams | PPS22-0111 | Martez A. Bean | PPS22-0476 |
| Roger Adams | PPS22-0112 | Richard Benito | PPS22-0115 |
| Kyle Adcock | PPS22-0370 | Keith Blanchard | PPS22-0376 |
| Paul Aizel | PPS22-0371 | Dianna J. Blea | PPS22-0116 |
| Bobby Ali | PPS22-0372 | Richard J. Blea | PPS22-0117 |
| Sandra M. Allen | PPS22-0113 | Sheila P. Brooks | PPS22-0119 |
| Stacy M. Anderson | PPS22-0373 | Kathy Broom | PPS22-0120 |
| John Arnold | PPS22-0374 | Douglas Brower | PPS22-0477 |
| Tonya Arruda | PPS22-0474 | Jesse Bruce, Jr. | PPS22-0377 |
| Teresa Bailly | PPS22-0114 | James Burke | PPS22-0378 |

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

| Name | Number |
|---|---|
| Alese Burris | PPS22-0478 |
| Gary Burt | PPS22-0012 |
| Stephen C. Buskirk | PPS22-0121 |
| Peggy Butcher | PPS22-0379 |
| Steve Butcher | PPS22-0380 |
| Naoshia Butler | PPS22-0479 |
| Danny M. Callahan | PPS22-0123 |
| Thomas D. Campbell | PPS22-0381 |
| Anna Canole | PPS22-0382 |
| Esquiel Cantu | PPS22-0125 |
| William J. Caputo | PPS22-0126 |
| Andre Carnes, Jr. | PPS22-0265 |
| Samantha Carpenter | PPS22-0383 |
| Charles Casey | PPS22-0127 |
| George L. Castillo | PPS22-0128 |
| Carolyn S. Champlin | PPS22-0013 |
| Crystal Chapman | PPS22-0129 |
| Kathleen Clor | PPS22-0384 |
| Pamela Coats | PPS22-0385 |
| Randy G. Cobb | PPS22-0130 |
| Chad Compton | PPS22-0132 |
| Kenneth Condrey | PPS22-0386 |
| Sharon Condrey | PPS22-0387 |

| Name | Number |
|---|---|
| Theodore Cordasco | PPS22-0388 |
| George Covert, II | PPS22-0389 |
| Christine Crawford | PPS22-0390 |
| Janet Darragh | PPS22-0391 |
| Bryce Dearborn | PPS22-0392 |
| Robert Delacy, III | PPS22-0393 |
| Robert Delacy, Jr. | PPS22-0394 |
| Dominic DellaPorte | PPS22-0134 |
| Richard Dixson | PPS22-0395 |
| Claudia Dohn | PPS22-0482 |
| Angela Donahue | PPS22-0396 |
| Dale Dorning | PPS22-0135 |
| Cathrene Drake | PPS22-0483 |
| John Dressler | PPS22-0397 |
| Rebecca Dressler | PPS22-0398 |
| Alexander C. Duaine | PPS22-0136 |
| Thomas Elmore | PPS22-0399 |
| Abel Emiru | PPS22-0137 |
| Donald Eskra, Jr. | PPS22-0400 |
| Sadie Estes | PPS22-0138 |
| Cindy Ethridge | PPS22-0401 |
| Larry Evans | PPS22-0402 |
| Robert Fairbanks | PPS22-0403 |

| | | | |
|---|---|---|---|
| William F. Ferrell | PPS22-0022 | Stefanie Hahn | PPS22-0415 |
| Robert Finley | PPS22-0023 | Darnell E. Hamilton | PPS22-0029 |
| Kim Fletcher | PPS22-0404 | James Hannah | PPS22-0030 |
| Ryan Fortune | PPS22-0405 | Tim Harris | PPS22-0486 |
| John K. Frago | PPS22-0026 | Christy Hartline | PPS22-0149 |
| Rhonda Frerichs | PPS22-0406 | James Harvey | PPS22-0150 |
| Kelsey Garrett | PPS22-0407 | Grace Hazell | PPS22-0151 |
| Joseph S. Gates | PPS22-0141 | Stephen Heitz | PPS22-0035 |
| Natalie Gay | PPS22-0408 | Austen Hendrickson | PPS22-0487 |
| Patti Gay | PPS22-0409 | Jonathan Hennings | PPS22-0416 |
| Richard Gerber | PPS22-0410 | Jessie J. Hernandez | PPS22-0153 |
| Louis Gerrick | PPS22-0142 | Justin J. Herndandez | PPS22-0154 |
| Monica Gillespie | PPS22-0484 | Michael Hibler | PPS22-0155 |
| Adam Golden | PPS22-0411 | Shelby Hibler | PPS22-0156 |
| Brad Gordon | PPS22-0144 | Trinity Hibler | PPS22-0157 |
| Tom Gorgone | PPS22-0145 | James Hise | PPS22-0294 |
| Kimberly Greenway | PPS22-0146 | Bobbi Hohnholt | PPS22-0417 |
| Lynne Grimes | PPS22-0147 | Martin Hueckel | PPS22-0159 |
| Paul Grimes | PPS22-0485 | Michael Huffman | PPS22-0039 |
| Charles R. Gunning | PPS22-0028 | Pamela Huffman | PPS22-0040 |
| Leon Gustus | PPS22-0412 | Anthony Iavarone | PPS22-0160 |
| David Hahn | PPS22-0413 | George Illidge | PPS22-0161 |
| Eric Hahn | PPS22-0414 | Glenn Jackson | PPS22-0163 |

| | | | |
|---|---|---|---|
| Frank H. James | PPS22-0418 | Robert Maliuuk | PPS22-0428 |
| Matthew Jankowski | PPS22-0419 | Winnonna Maliuuk | PPS22-0429 |
| Betty A. Johnson | PPS22-0164 | Richard Markowitz | PPS22-0430 |
| Justin L. Johnson | PPS22-0165 | Michael Marra | PPS22-0179 |
| Kenneth Kearney | PPS22-0168 | Deborah J. Martin | PPS22-0175 |
| Michael Keating | PPS22-0420 | Michael Martin | PPS22-0176 |
| Christopher Keilbart | PPS22-0421 | Thomas Matthews | PPS22-0180 |
| Brent Kirkhart | PPS22-0046 | Michael McCann | PPS22-0431 |
| Janice Kirkhart | PPS22-0047 | Michael J. McMahon | PPS22-0183 |
| Tyler Kirkhart | PPS22-0048 | Michael Meador | PPS22-0060 |
| Gerald Kirschner | PPS22-0422 | James R. Meadows | PPS22-0186 |
| Michele L. Kriner | PPS22-0169 | Nancy Measheaw | PPS22-0432 |
| Wyman T. Kroft | PPS22-0423 | Jerry Melber | PPS22-0187 |
| Andrea Lambros | PPS22-0424 | Eric Mendenhall | PPS22-0434 |
| Cecile R. Landrum | PPS22-0170 | Jenna Mendoza | PPS22-0188 |
| James R. LaRiviere | PPS22-0171 | Matthew Millhollin | PPS22-0062 |
| Anthony Lazzara | PPS22-0425 | Amanda L. Mincheff | PPS22-0189 |
| John Lichtenegger | PPS22-0489 | Vivian G. Mitchell | PPS22-0190 |
| Bryan Liebhart | PPS22-0172 | Carla Monegain | PPS22-0434 |
| Charles Lindsay, Jr. | PPS22-0173 | Christopher Moore | PPS22-0435 |
| Bert Lott | PPS22-0174 | Michael Morrison | PPS22-0436 |
| Dawn Luce | PPS22-0426 | Zachary Mueller | PPS22-0437 |
| Ellen MacFarland | PPS22-0427 | Linda M. Murphy | PPS22-0191 |

| | | | |
|---|---|---|---|
| Kelly A. Murski | PPS22-0192 | Nancy Porter | PPS22-0442 |
| Paul Nadarzzi | PPS22-0193 | Benjamin Purser | PPS22-0498 |
| Jeremy L. Nicholas | PPS22-0194 | Richard Ramirez | PPS22-0443 |
| Jeffrey L. Nichols | PPS22-0195 | Charles Reardon | PPS22-0444 |
| Michael Noble | PPS22-0196 | Christopher Reed | PPS22-0210 |
| Michael Nolan | PPS22-0491 | Edward Reed | PPS22-0445 |
| Colter Norris | PPS22-0197 | Gavin Rees | PPS22-0446 |
| Dennis Norris | PPS22-0198 | Craig Reynolds | PPS22-0447 |
| Kody Norris | PPS22-0199 | Betty G. Rice | PPS22-0448 |
| Daryl Oesterich | PPS22-0438 | Karen L. Rice | PPS22-0449 |
| Elizabeth Ostman | PPS22-0439 | Terri Richards | PPS22-0212 |
| Tory J. Owens | PPS22-0071 | Cheryl Richey | PPS22-0213 |
| Craig Palmer | PPS22-0440 | Richard C. Ross | PPS22-0215 |
| Cynthia Paris | PPS22-0441 | David M. Roberts | PPS22-0086 |
| Orlando Parra-Alvarez | PPS22-0201 | Patricia J. Roberts | PPS22-0087 |
| Cody Patton | PPS22-0202 | Edna L. Russell | PPS22-0093 |
| James Perna | PPS22-0494 | Mark A. Russell, Jr. | PPS22-0218 |
| George Perry | PPS22-0495 | Ligno Sanchez | PPS22-0450 |
| Vincent A. Piazza | PPS22-0204 | Brenda M. Schiwitz | PPS22-0094 |
| Brian Pierce | PPS22-0496 | Edward Schuch | PPS22-0451 |
| Timothy Pinney | PPS22-0205 | Nathaniel Scott | PPS22-0219 |
| Kenny Polizzi | PPS22-0497 | Richard Shaver | PPS22-0221 |
| Evelyn L. Porter | PPS22-0206 | Joe B. Shepard | PPS22-0222 |

| | | | |
|---|---|---|---|
| Katie Shiflett | PPS22-0452 | LaVonda Martinez-Thompson | PPS22-0461 |
| Kenneth Short | PPS22-0453 | Michelle Tomlin | PPS22-0462 |
| Jeannie M. Simon | PPS22-0223 | Sean Updegrave | PPS22-0463 |
| Kenyardia Sims | PPS22-0500 | Harold Vantassel | PPS22-0512 |
| Raymond Sinclair | PPS22-0454 | Margarita Vasquez | PPS22-0235 |
| Thomas H. Skinner | PPS22-0224 | Robert E. Vick, II | PPS22-0238 |
| Brian Smith | PPS22-0225 | Bradley Votaw | PPS22-0239 |
| Bryan Smith | PPS22-0501 | Beth Wachowski | PPS22-0464 |
| Gean Smith | PPS22-0226 | Joseph Wachowski | PPS22-0465 |
| John K. Smith | PPS22-0502 | Ambiko Wallace | PPS22-0240 |
| Anthony Spada | PPS22-0228 | Vance M. Warren, Sr. | PPS22-0241 |
| Melissa Spencer | PPS22-0503 | Stephan R. Waters | PPS22-0242 |
| Barbara Steil | PPS22-0455 | Barbara West | PPS22-0466 |
| Randy Stone | PPS22-0229 | Jane Weston | PPS22-0467 |
| Sonja R. Stone | PPS22-0230 | Roger White | PPS22-0468 |
| Steven Stosur | PPS22-0456 | Sheri Williams | PPS22-0469 |
| Brittney Strozier | PPS22-0231 | Gregory Willing | PPS22-0105 |
| Kenneth Sullenberger | PPS22-0504 | Conni Wilson | PPS22-0107 |
| Cody Swartz | PPS22-0457 | Deborah A. Wilson | PPS22-0470 |
| Ramona Talvacchio | PPS22-0458 | Mitch Wirth | PPS22-0245 |
| Jeffrey Teitel | PPS22-0233 | Robert Yates | PPS22-0513 |
| Devon M. Thomas | PPS22-0459 | Michele A. Zera | PPS22-0471 |
| Jeffrey Thomas | PPS22-0460 | | |

Electronically Filed - Jackson - Kansas City - December 21, 2022 - 10:32 AM

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

BARTLE & MARCUS LLC

By  /s/ David L. Marcus
    David L. Marcus, MO Bar #47846
    BARTLE & MARCUS LLC
    4700 Belleview Ave., Suite 200
    Kansas City, MO 64112
    Telephone: 816.256.4699
    Fax: 816.222.0534
    Dmarcus@bmlawkc.com


WHITE, GRAHAM, BUCKLEY
& CARR, L.L.C
    Bryan T. White MO Bar #58805
    19049 East Valley View Parkway
    Independence, Missouri 64055
    Telephone: 816.373.9080
    Fax: 816.373.9319
    Bwhite@wagblaw.com

CLAYTON JONES, ATTORNEY AT
LAW
    Clayton Jones, MO Bar #51802
    405 Foxwood Drive
    Raymore, MO 64083
    Telephone: 816.318.4266
    Fax: 816.318.4267
    clayton@claytonjoneslaw.com

**ATTORNEYS FOR PLAINTIFFS**

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

01/05/2023

DEPUTY COURT ADMINISTRATOR



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>PATRICK WILLIAM CAMPBELL | Case Number: 2316-CV00225 |
|---|---|
| Plaintiff/Petitioner:<br>JONATHAN KINDLER | Plaintiff's/Petitioner's Attorney/Address or<br>Pro Se's Address/Telephone Number:<br>DAVID L. MARCUS<br>BARTLE & MARCUS LLC<br>4700 BELLEVIEW AVE. STE. 200<br>KANSAS CITY, MO 64112<br>(816) 285-3888 |
| **vs.** | |
| Defendant/Respondent:<br>WEBMD LLC | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | Date, Time and Location of Court Appearance:<br>**13-APR-2023 09:00 AM**<br>**DIVISION 10**<br>**415 E 12th**<br>**KANSAS CITY, MO 64106**<br>**REMOTE HEARING ACCESS =** |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Associate Division Cases)

The State of Missouri to: WEBMD LLC
        **Alias:**
RA: CORPORATION SERVICE CO
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

You are summons to appear before this court on the date, time and location above, to answer the allegation in the petition filed by the above-named Plaintiff/Petitioner, a copy of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition. If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

*CIRCUIT COURT OF MISSOURI*

    05-JAN-2023
      Date                                                   Clerk

*JACKSON COUNTY*

Further Information:

## Officer's or Server's Affidavit of Service

**Note to serving officer:** Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court.

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
    ☐ delivering a copy of the summons and petition to the defendant/respondent.
    ☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ , a person at least 18 years of age residing therein.
    ☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).
    ☐ other (describe) _____ .

Served at _____ (address)
in _____ County, _____ (state), on this _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Subscribed and Sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                 ☐ the judge of the court of which affiant is an officer.
                 ☐ authorized to administer oaths in the state in which the affiant served the above summons.
*(Seal)*                (use for out-of-state officer)
                 ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

OSCA (11-2021) SM70 (JAKASOS) *For Court Use Only:* Doc ID# 23-ASOS-28     1     **(2316-CV00225)**     Rules 54.06, 54.07, 54.14, 54.20;<br>506.500, 506.510, 517.041 RSMo

Case 4:23-cv-00094-BCW     Document 1-1     Filed 02/09/23     Page 28 of 33

| Summons Fees, if applicable | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Mileage | $ _____ (_____ miles @ $ . _____ per mile) |
| **Total** | $ |

See the following page for directions to officer making return on service of summons.

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (11-2021) SM70 (JAKASOS) *For Court Use Only:* **Doc ID# 23-ASOS-28**      2      **(2316-CV00225)**      Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510, 517.041 RSMo

Case 4:23-cv-00094-BCW      Document 1-1      Filed 02/09/23      Page 29 of 33

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

# *IMPORTANT NOTICE*

You have been summoned to appear before this court.
There are two ways to comply with the summons:

1. You can choose to appear by telephone conference, or
2. You can choose to appear in person in the courtroom listed on the summons.

## YOU ARE ENCOURAGED TO ATTEND BY PHONE

**This is an initial setting for the case and is <u>not a trial setting</u>. However, if you fail to appear either in person or by phone a judgment may be entered in favor of the opposing party.**

**1. If you choose to appear by teleconference:**
- Call the Remote Hearing Access number listed on your summons, then enter the code when prompted.
- Mute your phone until your case is called.
- Call in at least 5 minutes before your case time.
- If you cannot get on the teleconference after 3 tries call the division directly.
- You are prohibited from recording the proceedings.

**2. If you choose to appear in person in the courtroom:**
- Arrive early and expect long delays in getting into the courthouse. There will be additional screening at the courthouse entrance.
- Expect long delays if you plan on using the elevators. Expect crowded elevators.
- Do not enter the courtroom until the time listed on the summons.
- Only the parties and attorneys will be allowed in the courtroom – do not bring any other people to the courthouse.
- You must comply with all rules in place including complying with social distancing and the use of facemasks.
- If you are denied entry to the courthouse contact the division immediately.

**If you have additional questions:** Your assigned judge is listed on your summons.
Go to www.16thcircuit.org, select "Our Judges" and find the page for your assigned judge or call 816-881-3934.

## Tracking Your Case

To get updated information on your case including requests for continuances or rescheduling due to emergency closures you may do so on Casenet:
- Go to www.courts.mo.gov/casenet
- Select Case Number Search and enter case number from your summons.
- Information about your case can be found by clicking Docket Entries or Scheduled Hearings and Trial.
- If you wish to receive updates click Case Header and click  Track This Case.

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

JONATHAN KINDLER ET AL.,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
-vs-　　　　　　　　　　　　　　　　　) Case No.: 2316-CV00225
　　　　　　　　　　　　　　　　　　　)
WEBMD, LLC　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)
_____ )

## ENTRY OF APPEARANCE

COMES NOW Bryan T. White and hereby enters his appearance as co-counsel

for the Plaintiffs in the above-referenced matter.


Respectfully submitted,

WHITE, GRAHAM, BUCKLEY, & CARR L.L.C.

By:　 /s/ Bryan T. White　　　　　　　
　　　　BRYAN T. WHITE　　　　58805
　　　　19049 E. Valley View Pkwy, Suite C
　　　　Independence, Missouri 64055
　　　　(816) 373-9080 (816) 373-9319 (fax)
　　　　bwhite@wagblaw.com

　　　　ATTORNEYS FOR PLAINTIFF

Electronically Filed - Jackson - Kansas City - January 20, 2023 - 01:44 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

| | | |
|---|---|---|
| JONATHAN KINDLER, ET AL., | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| V. | ) | Case No:   2316-CV00225 |
| | ) | |
| | ) | |
| WEBMD, LLC | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Clayton A. Jones, and hereby enters his appearance as co-counsel for the Plaintiffs in the above-referenced matter.

Respectfully Submitted,

CLAYTON A. JONES
ATTORNEY AT LAW, LLC.

/S/ Clayton A. Jones
_____
Clayton A. Jones, # 51802
PO Box 257, 405 W. Foxwood Drive
Raymore, MO 64083
(816) 318-4266
(816  318-4267 FAX
clayton@claytonjoneslaw.com
ATTORNEY FOR PLAINTIFF