

## Find Doctors and Dentists Near You

Search doctors, conditions, or procedures

Independence, MO 64055    🔍 **SEARCH**

🔍 **SEARCH**

You can also search by physician, practice, or hospital name



**FOR THOSE LIVING WITH ATTR-CM,**
ATTR-CM is short for transthyretin
amyloid cardiomyopathy



**Dr. Jason Freeman Moss, DC** Is this you? **Claim your profile**

Chiropractor

☆☆☆☆☆ 0  |  ✏️ Leave a review

📍 **Kansas City, MO**
7900 Lees Summit Rd, Kansas City, MO, 64139

📞 (816) 404-9029

✔️ Accepts Medicaid

**OVERVIEW**

Dr. Moss works in Kansas City, MO and specializes in Chiropractor.

**FEATURED PROVIDERS NEAR YOU**

Featured Results

**Dr. Jessica Taylor, DC**
Chiropractor
View Full Profile

**Dr. James O Dwyer, DC**
Chiropractor
View Full Profile

**View More Providers** ❯



**RATINGS AND REVIEWS**

**Dr. Moss's Rating**

⭐ ⭐ ⭐ ⭐ ⭐     0 Ratings

**Be first to leave a review**

[ ✏️ Leave a review ]

**Be first to leave a review**

[ ✏️ Leave a review ]



**LOCATIONS**

7900 Lees Summit Rd
Kansas City, MO, 64139

Tel: (816) 404-9029

**SPECIALTIES**

Chiropractor

**INSURANCE PLANS ACCEPTED**

Please verify insurance information directly with your doctor's office as it may
change frequently.



## SIMILAR PROVIDERS



**Dr. Kristen Ras, DC**
Chiropractor
Hendersonville, TN
★ ★ ★ ★ ★ (0)



**Dr. Justin Shawn Bashor, DC**
Chiropractor
Belton, MO
★ ★ ★ ★ ★ (0)



**Dr. Leslie E Reece, DC**
Chiropractor
Olathe, KS
★ ★ ★ ★ ★ (0)



**Dr. Vincent Carl Siraguso**
Chiropractor
LIBERTY, MO
★ ★ ★ ★ ★ (0)



**Dr. Natalie Horton, DC**
Chiropractor
LENEXA, KS
★ ★ ★ ★ ★ (0)



**Dr. Mark T Pfefer, DC**
Chiropractor
Overland Park, KS
★ ★ ★ ★ ★ (0)



**Dr. Andrew L Harding, DC**
Chiropractor
34 Years Experience | Kansas City, KS
★ ★ ★ ★ ★ (0)



**Dr. Alex Miller, DC**
Chiropractor
Kansas City, MO
★ ★ ★ ★ ★ (0)

**Dr. Jason Lynn Huffman**
Chiropractor
Overland Park, KS
★ ★ ★ ★ ★ (0)

https://doctor.webmd.com/doctor/jason-moss-443fd8e2-5c78-4d1d-8a65-f3d605d2b674-overview                                        3/5

**Dr. Stephen L Price, DC**

Chiropractor

21 Years Experience | Kansas City, KS

☆ ☆ ☆ ☆ ☆    (0)

View More Providers ›

WebMD Care › Providers › Specialties › Chiropractor › MO › Kansas City › Dr. Jason Freeman Moss, DC

**Other Chiropractors Nearby**

Independence, MO

Overland Park, KS

Lenexa, KS

Shawnee, KS

Olathe, KS

**Chiropractors Nearby by Conditions**

Back Pain

Carpal Tunnel Syndrome (CTS)

Intervertebral Disc Degeneration

Neck Pain

Obesity

Find Doctors ›

| Find Providers by Specialty | Find Providers by Procedure | Find Providers by Condition | Find All Providers |
|---|---|---|---|
| Internal Medicine | TMS Transcranial Magnetic Stimulation | HIV Infection | New York City doctors |
| Cardiovascular Disease | Cognitive behavioral therapy (CBT) | Chronic Renal Disease | Los Angeles doctors |
| Family Medicine | Botox | Osteoarthritis | Chicago doctors |
| Neurology | Chemotherapy | Cholelethiasis or Cholecystitis | By Location |
| Gastroenterology | Liver Transplant Evaluation and Listing | Deviated Nasal Septum | Newly Added Providers |

List Your Practice

**Policies**      About      WebMD Network      Our Apps      For Advertisers

Privacy Policy | Cookie Policy | Editorial Policy | Advertising Policy | Correction Policy | Terms of Use



Case 4:23-cv-00094-BCW   Document 25-1   Filed 05/23/23   Page 4 of 11

  

© 2005 - 2023 WebMD LLC, an Internet Brands company. All rights reserved. WebMD does not provide medical advice, diagnosis or treatment.

See additional information.





☰  **WebMD** Care    Find Providers by Specialty    Find Providers by Procedure    Find Providers by Condition    Find All Provi

Find Doctors and Dentists Near You

🔍 Search doctors, conditions, or procedures

📍 Independence, MO 64055                                        🔍 **SEARCH**

🔍 **SEARCH**

You can also search by physician, practice, or hospital name



ADVERTISEMENT

**Plan** what you'll do if COVID-19 strikes.



TS

# Dr. Tamera Jane Sweeton Is this you? Claim your profile

Psychology  •  Behavioral Health & Social Services

★★★☆☆ 2  |  ✏️ Leave a review

📍 **OVERLAND PARK, KS**
10870 BENSON DR STE 2170, OVERLAND PARK, KS, 66210



**OVERVIEW**

Dr. Sweeton works in OVERLAND PARK, KS and specializes in Psychology and Behavioral Health & Social Services.



**FEATURED PROVIDERS NEAR YOU**
Featured Results



**Armstrong Family Counseling**
Psychology, Behavioral Health & Social Services

☆ ☆ ☆ ☆ ☆

**View Full Profile**

---

**View More Providers** ›

---

## RATINGS AND REVIEWS



**Dr. Sweeton's Rating**

★ ★ ★ ☆ ☆    2 Ratings with 2 Reviews

✎ Leave a review

### Patient Perspective

3.0 ⭐ Explains conditions and treatments

3.0 ⭐ Takes time to answer my questions

3.0 ⭐ Provides follow-up as needed

✎ Leave a review

**Office Rating**

SHOWING RATINGS FOR:

[ 10870 BENSON DR STE 2170, OVERLAND PA ⌄ ]

**31-45 mins** Average office wait time

2.0 ⭐ Office cleanliness

3.0 ⭐ Courteous staff

3.0 ⭐ Scheduling flexibility



Leaflet | Provided by Internet Brands

---

**2 REVIEWS**

**Showing 1-2 of 2 reviews**

★ ★ ★ ★ ★

"She listens to what you have to say concerning your problems and goes on to fully explain her professional position on such matters. Her responses were strikingly spot on and very helpful in guiding me to a decision."

August 31, 2022



★ ★ ★ ★ ★

"Horrible experience. She was rude, impatient, talked over me, argumentative, combative, and critical. Just what you want/need in a therapist - someone to blame you and make you feel small. DO NOT recommend."

April 27, 2022



## LOCATIONS

10870 BENSON DR STE 2170
OVERLAND PARK, KS, 66210

## SPECIALTIES

Psychology

Behavioral Health & Social Services

## PATIENT PREPARATION GUIDE

 **The Right Questions to Ask at Your Major Depressive Disorder Appointment**
Put together this checklist to ensure your doctor appointment goes smoothly.

 **The Right Questions to Ask at Your Major Depressive Disorder Appointment**
Take charge of your condition by asking the right questions to become more informed.

 **Find the Right Major Depressive Disorder Specialist for You**

How to research the best doctor for your individual needs and ask the right questions.



## INSURANCE PLANS ACCEPTED

Please verify insurance information directly with your doctor's office as it may change frequently.

## SIMILAR PROVIDERS

**Dr. David Lyons**
Psychology, Behavioral Health & Social Services
OVERLAND PARK, KS
☆☆☆☆☆ (0)

**Dr. Terri Clinton Dichiser**
Psychology, Behavioral Health & Social Services
OVERLAND PARK, KS
☆☆☆☆☆ (0)

**Dr. Michael Lee Blair, PhD**
Psychology
Blue Springs, MO
☆☆☆☆☆ (0)

**Dr. Chuehyin Liang**
Psychology, Behavioral Health & Social Services
OLATHE, KS
☆☆☆☆☆ (0)

**Ms. Donna Constantineau**
Psychology, Behavioral Health & Social Services
KANSAS CITY, KS
☆☆☆☆☆ (0)

**Dr. Susan Hetrick**
Psychology, Behavioral Health & Social Services
Kansas City, MO
☆☆☆☆☆ (0)

**Dr. Jillon S Vander Wal, PhD**
Psychology
Kansas City, MO
☆☆☆☆☆ (0)

**Dr. Willis C Hallman, PhD**
Psychology
Lee's Summit, MO
★ ★ ★ ★ ★ (0)

**Dr. Wilfred Wallang Ebua, PhD**
Psychology
Greenwood, MO
★ ★ ★ ★ ★ (0)

**Dr. Leslee Throckmorton Belzer, MD**
Psychology, Psychiatry
Leawood, KS
★ ★ ★ ★ ★ (0)

**View More Providers** ›

WebMD Care › Providers › Specialties › Psychology › KS › OVERLAND PARK › Dr. Tamera Jane Sweeton

**Other Psychologists Nearby**

Lenexa, KS

Olathe, KS

Shawnee, KS

Kansas City, MO

Kansas City, KS

**Find Doctors** ›

| Find Providers by Specialty | Find Providers by Procedure | Find Providers by Condition | Find All Providers |
|---|---|---|---|
| Internal Medicine | TMS Transcranial Magnetic Stimulation | HIV Infection | New York City doctors |
| Cardiovascular Disease | Cognitive behavioral therapy (CBT) | Chronic Renal Disease | Los Angeles doctors |
| Family Medicine | Botox | Osteoarthritis | Chicago doctors |
| Neurology | Chemotherapy | Cholelethiasis or Cholecystitis | By Location |
| Gastroenterology | Liver Transplant Evaluation and Listing | Deviated Nasal Septum | Newly Added Providers |

**List Your Practice**

Case 4:23-cv-00004-BCW   Document 26-1   Filed 05/26/23   Page 10 of 11



Policies    About    WebMD Network    Our Apps    For Advertisers

Privacy Policy | Cookie Policy | Editorial Policy | Advertising Policy | Correction Policy | Terms of Use

© 2005 - 2023 WebMD LLC, an Internet Brands company. All rights reserved. WebMD does not provide medical advice, diagnosis or treatment.

See additional information.